[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 31, 2006
THOMAS K. KAHN
CLERK

No. 05-11070
Non-Argument Calendar
_____

D.C. Docket No. 04-00048-CR-FTM-29DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID LEE BEARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(January 31, 2006)**

Before CARNES, PRYOR and FAY, Circuit Judges

PER CURIAM:

Mark J. O'Brien, appointed counsel for David Lee Beard in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Beard's convictions and sentences are **AFFIRMED**.